No. 96–9433. MARRERO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–9434. MIKELS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–9435. MINCY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–9436. BROWN v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 96–9437. BOW v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–9438. HOLMES v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 96–9440. MARTIN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–9442. PARKER v. WERTENBERGER ET AL. C. A. 3d Cir. Certiorari denied.

No. 96–9443. MOORE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–9444. OSPINA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–9445. CORNES v. DETELLA, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 96–9446. COUCH v. MCCLURE ET AL. Super. Ct. Richmond County, Ga. Certiorari denied.

No. 96–9448. CALLEJA v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–9449. LEWIS v. SKANDALAKIS ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–9450. MERCER v. CITY OF MOUNT VERNON, NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied.

No. 96–9452. MILES v. LASALLE FINANCIAL SERVICES, INC., ET AL. C. A. 7th Cir. Certiorari denied.